# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOHN J. FUNNY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ALPHA PHI ALPHA FRATERNITY, INC.,<br><br>　　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:22-CV-1085-WMR |

## J U D G M E N T

This action having come before the court, Honorable William M. Ray II, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED** for failure to state federal claims.

Dated at Atlanta, Georgia, this 27th day of March, 2024.

　　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　By:  ___s/Jill Ayers_____
　　　　　　　　　　　　　　　　　　　, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 27, 2024
Kevin P. Weimer
Clerk of Court

By:  ___s/Jill Ayers_____
　　　　Deputy Clerk